# United States District Court
## Northern District of Illinois
Eastern Division

CE Design Ltd                            **JUDGMENT IN A CIVIL CASE**

     v.                                         Case Number: 07 C 5838

Prism Busisness Media, Inc.

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Defendant's motion for summary judgment is granted..

                                                               Michael W. Dobbins, Clerk of Court

Date: 8/12/2009                                  _____
                                                        /s/ Ena T. Ventura, Deputy Clerk