IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CE DESIGN LTD., an Illinois corporation, individually and as the representative of a class of similarly-situated persons, <br><br> Plaintiff, <br><br> v. <br><br> PRISM BUSINESS MEDIA, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 07 C 5838 <br> ) <br> ) Judge Pallmeyer <br> ) <br> ) <br> ) |

**PLAINTIFF'S NOTICE OF APPEAL OF THE COURT'S AUGUST 12, 2009 ORDER GRANTING SUMMARY JUDGMENT TO DEFENDANT AND ITS AUGUST 31, 2009 DENYING PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT**

Plaintiff, CE DESIGN LTD., individually and as the representative of a class of similarly-situated persons, hereby appeals (1) the Court's August 12, 2009 Order granting summary judgment to Defendant Prism Business Media, Inc., and (2) the Court's August 31, 2009 Order denying Plaintiff's Federal Rule of Civil Procedure 59 motion to alter or amend the August 12 Order, to the United States Court of Appeals for the Seventh Circuit pursuant to Federal Rule of Appellate Procedure 3.

Respectfully submitted,

CE DESIGN LTD., individually and as the representative of a class of similarly-situated persons

By:  s/Ryan M. Kelly
One of Plaintiff's Attorneys

Brian J. Wanca
Ryan M. Kelly
David M. Oppenheim
ANDERSON + WANCA
3701 Algonquin Road, Suite 760
Rolling Meadows, IL 60008
Telephone: 847/368-1500
Facsimile: 847/368-1501

Phillip A. Bock
BOCK & HATCH, LLC
134 N. LaSalle St., Suite 1000
Chicago, IL 60602
Telephone: 312/658-5500