# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

CERTIFIED COPY
A True Copy
Teste:
_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

May 27, 2010

BEFORE:   JOEL M. FLAUM, *Circuit Judge*

MICHAEL S. KANNE, *Circuit Judge*

TERENCE T. EVANS, *Circuit Judge*

| No.: 09-3172 | CE DESIGN, LIMITED, an Illinois corporation, individually and as the representative of a class of similarly situated persons, Plaintiff - Appellant<br><br>v.<br><br>PRISM BUSINESS MEDIA, INCORPORATED, Defendant - Appellee |
|---|---|

**Originating Case Information:**

District Court No: 1:07-cv-05838
Northern District of Illinois, Eastern Division
District Judge Rebecca R. Pallmeyer

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

form name: c7_FinalJudgment (form ID: 132)